**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6380**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

JOE NATHAN DARBY,

              Defendant – Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:05-cr-00465-RBH-1)

_____

Submitted:  July 15, 2011         Decided:  July 21, 2011

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joe Nathan Darby, Appellant Pro Se.  Rose Mary Sheppard Parham,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Nathan Darby seeks to appeal the district court's order denying his motion for reconsideration of an earlier order in which the court denied Darby's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006).[*] Because the district court lacked the authority to consider Darby's motion for reconsideration, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), cert. denied, 130 S. Ct. 3530 (2010), we affirm the district court's order denying the motion.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The text order from which Darby appeals contained two additional orders related to a Fed. R. Civ. P. 59(e) motion. Darby, however, only appeals the district court's order on his motion to reconsider the denial of § 3582(c) relief.